# AFFIDAVIT OF MERYL FRIEDMAN

I, Meryl Friedman, affirm:

1. I am currently employed by Verizon Corporation Resources Group LLC as a Senior Paralegal. I have held this position since 2003. The Legal Department where I am employed provides services to various subsidiaries of Verizon. In my capacity as a Senior Paralegal, I assist with the handling of consumer disputes for Verizon wireline and wireless customers, among other things.

2. In preparing this Affidavit, I have relied on my personal knowledge of, and experience in, the business operations of Verizon as well as a review of Verizon's business records. Verizon business records are made in the regular course of business, at or near the time of the act, conditions, or events described in the documents, and by or from information provided by a person with knowledge of the acts, conditions, or events. A true and correct copy of Verizon business records relevant to this Affidavit are attached hereto as Exhibits A and B.

3. On or about March 13, 2016, Plaintiff Laura Cuevas purchased and activated three cellular telephones at Best Buy, an authorized Verizon Wireless seller, in Naples, Florida. Before Verizon Wireless activated the cellular telephones, Plaintiff executed three Retail Installment Contracts, one for each phone, agreeing to the terms and condition of the Verizon Wireless Customer Agreement. These Agreements all state at Par. 1 in all caps:

> "...ADDITIONALLY ANY DISPUTES UNDER THIS AGREEMENT (INCLUDING WITHOUT LIMITATION, ANY DISPUTES AGAINST THE SELLER AND/OR VERIZON WIRELESS) SHALL BE RESOLVED IN ACCORDANCE WITH THE DISPUTE RESOLUTION PROVISIONS IN YOUR CUSTOMER AGREEMENT UNDER THE HEADING: HOW DO I RESOLVE DISPUTES WITH VERIZON WIRELESS, WHICH TERMS ARE INCORPORATED BY REFERENCE. SPECIFICALLY, YOU AND VERIZON WIRELESS (AND/OR THE SELLER) AGREE TO RESOLVE ALL DISPUTES UNDER THIS AGREEMENT ONLY BY ARBITRATION OR SMALL CLAIMS COURT AND YOU WAIVE ANY RIGHT TO A JUDGE OR JURY IN ANY

1

ARBITRATION."

Attached hereto as **Exhibit A** are true and correct copies of the Retail Installment Agreements signed by Plaintiff on or about March 13, 2016.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Verizon Wireless Customer Agreement in effect when Plaintiff executed the retail installment contract and activated her cellular telephone.

5. A copy of the Customer Agreement is also available online at: http://www.verizonwireless.com.

I affirm under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

IN WITNESS WHEREOF, I, Meryl Friedman, have hereunto set my hand and seal, under the penalties of perjury, all as of this 3 day of July 2018.

_____
Meryl Friedman
Sr. Paralegal

Then personally appeared the above-named Meryl Friedman, to me known to be the person described and sworn herein and who executed the foregoing affidavit and acknowledged that she executed the same as her free act and deed before me.

JOSEPH MINA
Notary Public – California
Los Angeles County
Commission # 2206645
My Comm. Expires Aug 19, 2021

_____
Notary Public    07-23-2018

2
CERTIFICATE OF SERVICE